# AFFIDAVIT

I, Robert D. Wilson, being first duly sworn, depose and affirm the following:

1. I make this affidavit in support of a criminal complaint and warrant of arrest for JUAN JACOBO MOLINA-DEL RIO.

2. I am a Border Patrol Agent with Customs and Border Protection / United States Border Patrol and have been so employed for nineteen (19) years. As an agent of the United States Border Patrol, I am empowered to enforce the criminal laws of the United States specifically with regard to immigration laws, customs laws under Title 19 of United States Code, and controlled substance offenses.

3. This affidavit is intended to show only that there is sufficient probable cause for the requested criminal complaint and warrant, and does not set forth all of my knowledge about this matter.

4. JUAN JACOBO MOLINA-DEL RIO, is a citizen and national of Mexico. JUAN JACOBO MOLINA-DEL RIO has a criminal history and has been assigned FBI number, A5XKFHPAP, and a Louisiana State Identification number, LA3093472. JUAN JACOBO MOLINA-DEL RIO, was found to be in possession of a Birth Certificate and Driver's License, both of which were issued by the Commonwealth of Puerto Rico, along with a Social Security Card, as will be explained in more detail below.

5. Pursuant to Title 18, United States Code, Section 911, whoever falsely and willfully represents himself to be a citizen of the United States shall be fined under this title or imprisoned not more than three years, or both.

6. Title 42, United States Code, Section 408(a)(7)(B) provides as follows: **(a)** In general Whoever— (7) for the purpose of causing an increase in any payment authorized under this subchapter (or any other program financed in whole or in part from Federal funds), or for the purpose of causing a payment under this subchapter (or any such other program) to be made when no payment is authorized thereunder, or for the purpose of obtaining (for himself or any other person) any payment or any other benefit to which he (or such other person) is not entitled, or for the purpose of obtaining anything of value from any person, or for any other purpose— (B) with intent to deceive, falsely represents a number to be the social security account number assigned by the Commissioner of Social Security to him or to another person, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him or to such other person;

7. On July 15, 2019, Border Patrol Agent (BPA) Michael Lewandowski, received a call from Officer Young of the Sulphur, Louisiana Police Department asking for assistance with a possible illegal alien at the Louisiana Office of Motor Vehicles in Sulphur, Louisiana. Officer Young advised that the subject attempted to acquire a driver's license issued by the State of Louisiana by using a Birth Certificate and Driver's License, both of which were issued by the Commonwealth of

Puerto Rico, along with presenting a Social Security Card bearing Social Security Number XXX-XX-6859. All of the aforementioned documents displayed the name "Philip Michael Gonzalez Garcia." BPA Lewandowski spoke with JUAN JACOBO MOLINA-DEL RIO telephonically and advised that he was a United States Border Patrol Agent. BPA Lewandowski conducted record checks and interviewed the subject, later identified as JUAN JACOBO MOLINA-DEL RIO, and MOLINA DEL RIO advised that he had crossed into the United States from Mexico illegally approximate three weeks prior to July 15, 2019. Officer Young arrested JUAN JACOBO MOLINA-DEL RIO on local charges and an I-247 immigration detainer was issued.

8. On July 17, 2019, BPA Simpkins conducted record checks on JUAN JACOBO MOLINA-DEL RIO in order to obtain his FBI number for this affidavit, but could not find anything, not even the arrest made by the Sulphur Police Department. BPA Simpkins called the Sulphur Police Department jail and asked what name they had booked JUAN JACOBO MOLINA-DEL RIO under. The Sulphur Police Department indicated that the subject was booked under the name "Juan Molina." This name differed from the name that the subject gave to BPA Lewandowski. Accordingly, BPA Simpkins ran a criminal history check on the information provided and discovered that JUAN JACOBO MOLINA-DEL RIO had a FNS number (which is a number assigned by the United States Citizenship and Immigration Services for people that have entered the United States through a Port of Entry, or for people that have been arrested or deported, or people that have been

fingerprinted because they are in proceedings). Due to the conflicting information between the record checks and the statements made to BPA Lewandowski by JUAN JACOBO MOLINA-DEL RIO about his entry, BPA Simpkins called the Sulphur Police Department jail and asked to speak with JUAN JACOBO MOLINA-DEL RIO. BPA Simpkins spoke with JUAN JACOBO MOLINA-DEL RIO and advised him that BPA Simpkins was a United States Border Patrol Agent and that BPA Simpkins was trying to verify some conflicting information. BPA Simpkins asked the suspect what his full name was, to which he replied that his name is JUAN JACOBO MOLINA-DEL RIO. BPA Simpkins also asked if he entered the United States on a B2 visa, which is what was showing in the record checks; he replied in the affirmative.

9.  On July 17, 2019, BPA Simpkins contacted the Ramey Border Patrol Sector Radio and asked it to verify whether "Philip Michael Gonzalez Garcia" was a real person. BPA Simpkins also sent copies of the Birth Certificate and Driver's License (both of which were issued by the Commonwealth of Puerto Rico), along with the Social Security Card bearing Social Security Number XXX-XX-6859. Ramey Border Patrol Sector Radio responded, and stated that the number on the Driver's License possessed by the suspect related to a totally different person, namely "Abraham Alix, Alex." Ramey Border Patrol Sector Radio advised that an individual named "Philip Michael Gonzalez Garcia" had a valid Driver's License issued by the Commonwealth of Puerto Rico, but under a different number than

that displayed on the Driver's License possessed by the suspect, JUAN JACOBO MOLINA-DEL RIO.

Based on the above facts and my experience as a Border Patrol Agent, there is probable cause to believe that JUAN JACOBO MOLINA-DEL RIO has violated Title 18, United States Code, Section 911 and Title 42, United States Code, Section 408(a)(7)(B).

_____
ROBERT D. WILSON
Affiant


SWORN BEFORE ME THIS __19__ day of __July__, 2019.

_____
JAMES DAVID CAIN, JR.
United States District Judge